UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| **THERESA TORRICELLAS,** | ) | |
| Plaintiff, | ) | **No. EDCV 17-928 AG (AJW)** |
| v. | ) | **JUDGMENT** |
| **KIMBERLY HUGHES, et al.,** | ) | |
| Defendants. | ) | |

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: 11/30/17

_____
Andrew J. Guilford
United States District Judge